UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                              Case No. 15-CR-250

LONI M. TEPIEW,

Defendant.

## ORDER DENYING MOTION FOR EARLY TERMINATION

On March 21, 2016, Defendant Loni M. Tepiew pleaded guilty to one count of assault of a minor resulting in serious bodily injury within Indian country, pursuant to 18 U.S.C. §§ 113(a)(6) and 1153, after fracturing the skull and causing multiple abrasions to her then 19-month-old son. Tepiew was sentenced to 48 months imprisonment, to be followed by 3 years of supervised release. She began her term of supervision on November 6, 2019. Tepiew moves for early release from her term of supervision, or a move to being unsupervised, indicating that she has maintained employment, is in the process of applying for a Dental Assistant Trainee position with her current employer, has a stable living situation, and is attending counseling with her eldest child.

In her request Tepiew states that "[m]y Probation Officer stated to me that I have not caused any suspicion or have given any reason to investigate or revoke me." She indicates that she is sober, does not abuse or use drugs, and anxiety is consuming her attention because she fears accidently missing a call or appointment could result in a "consequence that may not be totally my fault due to other responsibilities." Dkt. No. 45 at 2. The Government objects to early termination

of supervision, stating that Tepiew has not been free from violations for a period of 12 months. Dkt. No. 48 at 1.

U.S. Probation has filed a response indicating that, although Ms. Tepiew has made great strides in her mental health, drug rehabilitation, employment stability, and family regeneration since beginning her term of supervision, her supervision has not been without incident and does not meet the criteria for early termination. She tested positive for marijuana in March 2021. Probation notes that the current low intensity supervision Ms. Tepiew is under is not invasive and does not impede her ability to positively progress with her goals.

The Court agrees that the very limited supervision and probation's appropriate responses should not cause undue stress to Ms. Tepiew. The Court commends Ms. Tepiew for her efforts and trusts that the conditions in place will aid her in dealing with the stressors she experiences with the reunification with her eldest daughter and the birth of her newest child. The minimal conditions of supervision she experiences will hopefully aid her in the successful completion of supervision. Because she has not been free of violations for a period of one year and given the magnitude of the offense that brought her before the Court, termination of supervision is not appropriate at this time. The motion is, therefore, denied.

**SO ORDERED** at Green Bay, Wisconsin this 18th day of October, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

2